UNITED STATES BANKRUPTCY COURT
EASTERN DITSRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| PACE, TIMOTHY GERALD | ) | Case No. 09-46513-705 |
| PACE, KAREN RENEE | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

**APPLICATION TO EMPLOY ATTORNEYS**

COMES NOW Robert J. Blackwell, the duly appointed Trustee in Bankruptcy for the above captioned Estate, and respectfully states the following:

1. That after a preliminary investigation of the file, he is of the opinion that he requires an attorney to represent him, to investigate, advise and to take legal action, if necessary, with respect to the following matters:

    a. To recover assets which constitute Debtors' interest in assets and to file such actions as maybe necessary for turnover in this case.

    b. To take such other and further steps as are necessary, reasonable or required.

    c. To give legal advice.

2. The Trustee desires to employ Bryan T. Voss and Steven N. Beck of the law firm of Blackwell & Associates, P.C., 2678 Babble Creek, P.O. Box 310, O'Fallon, Missouri 63366-0310, who are members of the Federal Bar.

3. That said Bryan T. Voss and Steven N. Beck do not represent any adverse or conflicting interest in connection with this Estate.

4. That the Trustee desires to employ Bryan T. Voss and Steven N. Beck to investigate the above and foregoing matters, and to take such action as may be necessary, subject to the further orders of this Court, and to represent the Trustee in such other legal matters as may be required.

5. The said attorneys' compensation shall be fixed by the Court. The range for attorneys' fees are One Hundred Forty-five Dollars ($145.00) to One Hundred Eighty-five Dollars ($185.00) per hour. The rates are reasonable and customary for rates charged by attorneys with similar experience in this area of practice. The hourly rate for the legal assistant is Forty Dollars ($40.00) per hour and law clerks are Fifty Dollars ($50.00) per hour. These rates may be adjusted annually.

6. To the best of the Trustee's knowledge, said attorneys have no connection with the Debtor(s), the Debtor's creditors, or any other party in interest, their respective attorneys and accounts, with the following exceptions:    NONE

WHEREFORE, the Trustee prays that he be authorized and permitted to employ Bryan T. Voss and Steven N. Beck as his attorneys and that their fees be fixed by further Order of the Court.

Respectfully submitted,

**BLACKWELL & ASSOCIATES, P.C.**

By:    /s/ Robert J. Blackwell
Robert J. Blackwell, Trustee, #23179/Fed#2641
2678 Babble Creek, P.O. Box 310
O'Fallon, MO 63366-0310
rblackwell@blackwell-lawfirm.com
(636) 240-3632 / FAX (636) 240-6803

### CERTIFICATE OF SERVICE

I, Christie L. Thomas, certify that on the 20th day of August, 2009, the foregoing document was electronically filed and the following were electronically notified of the filing of the foregoing document: Attorney for the Debtor, Charles W. Riske, Esq., and the United States Trustee's Office.

/s/ Christie L. Thomas

UNITED STATES BANKRUPTCY COURT
EASTERN DITSRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| PACE, TIMOTHY GERALD | ) | Case No. 09-46513-705 |
| PACE, KAREN RENEE | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

## AFFIDAVIT

| | |
|---|---|
| STATE OF MISSOURI | ) |
| | ) ss. |
| COUNTY OF ST. CHARLES | ) |

Bryan T. Voss, of the law firm of Blackwell & Associates, P.C., the undersigned, being duly sworn, state that I am an attorney and counselor at law; that I have been duly admitted to practice in this Court; that I do not represent the above debtor; that I do not represent interest adverse to those of the Trustee in the above-captioned Estate, nor to the creditors; and that I know of no reason why I should not act as attorney and counselor for the Trustee in bankruptcy. Further, I have no connection with the debtor, the debtor's creditors, nor any other party of interest, their respective attorneys and accountants, with the following exceptions:     NONE

Respectfully submitted,

**BLACKWELL & ASSOCIATES, P.C.**

By:   /s/ Bryan T. Voss
Bryan T. Voss*, MO#48029/Fed#101002*
*Attorney for the Trustee*
*2678 Babble Creek, P.O.  Box 310*
*O'Fallon, MO  63366-0310*
bvoss@blackwell-lawfirm.com
(636) 240-3632 */ FAX (636) 240-6803*

Subscribed and sworn to before me this 12th day of August, 2009.

  /s/ Christie L. Thomas
Notary Public

Ct9545.p                                                                                                              3

UNITED STATES BANKRUPTCY COURT
EASTERN DITSRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| PACE, TIMOTHY GERALD | ) | Case No. 09-46513-705 |
| PACE, KAREN RENEE | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

### AFFIDAVIT

| | |
|---|---|
| STATE OF MISSOURI | ) |
| | ) ss. |
| COUNTY OF ST. CHARLES | ) |

Steven N. Beck, of the law firm of Blackwell & Associates, P.C., the undersigned, being duly sworn, state that I am an attorney and counselor at law; that I have been duly admitted to practice in this Court; that I do not represent the above debtor; that I do not represent interest adverse to those of the Trustee in the above-captioned Estate, nor to the creditors; and that I know of no reason why I should not act as attorney and counselor for the Trustee in bankruptcy. Further, I have no connection with the debtor, the debtor's creditors, nor any other party of interest, their respective attorneys and accountants, with the following exceptions:     NONE

Respectfully submitted,

**BLACKWELL & ASSOCIATES, P.C.**

By:     /s/ Steven N. Beck
Steven N. Beck*, MO#61121/Fed#5217595*
*Attorney for the Trustee*
*2678 Babble Creek, P.O. Box 310*
*O'Fallon, MO  63366-0310*
sbeck@blackwell-lawfirm.com
(636) 240-3632 */ FAX (636) 240-6803*

Subscribed and sworn to before me this 12th day of August, 2009.

/s/ Christie L. Thomas
Notary Public

Ct9545.p                                                                                                                                 4