UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under Chapter 7 |
| | ) | Hon. Charles E. Rendlen, III |
| Timothy and Karen Pace, | ) | |
| Debtors. | ) | Case No. 09-46513-705 |
| | ) | |
| | ) | |
| | ) | **MOTION TO WITHDRAW** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Norman W. Pressman |
| | ) | Goldstein & Pressman, P.C. |
| | ) | 121 Hunter Ave., Suite 101 |
| | ) | St. Louis, MO 63124-2082 |
| | ) | (314) 727-1447 (fax) |
| | ) | (314) 727-1717 |
| | ) | nwp@goldsteinpressman.com |
| | ) | |

**SO ORDERED**

Mar 11, 2010

*Charles E. Rendlen III*
CHARLES E. RENDLEN, III
UNITED STATES BANKRUPTCY JUDGE

Come now Norman W. Pressman and Goldstein & Pressman, P.C. ("Movant") local counsel for Dr. Van Steed, Innovision Products, Inc. and Mobile Innovision Products, Inc. creditors and parties in interest ("Creditors") in the above-captioned proceedings and states to this honorable Court as follows:

1. The Court has jurisdiction in regard to this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. Movant serves as local counsel in the representation of Creditors in the above-captioned matter.

3. Movant and Creditors' lead counsel have a disagreement with respect to the representation of Creditors, which disagreement cannot be disclosed to the Court.

4. The deadline for taking action to take exception to the Debtor's discharge is March 15, 2010

5. Movant filed a motion to extend the aforementioned deadline to April 1, 2010 in order to protect Creditors' rights and to allow Creditors the opportunity to obtain replacement counsel, if they so desire.

6. Movant can not continue the representation of the Creditors based on the aforementioned disagreement.

7. Movant contacted lead counsel for Creditors, as well as the lead creditor to advise of Movant's position concerning this disagreement and is serving this Motion on the lead Creditor and upon lead counsel.

WHEREFORE, Movant respectfully prays that it be allowed to withdraw from representing the Creditors in this action and that the Court grant Movant such additional and further relief as is just and proper in this case.

**GOLDSTEIN & PRESSMAN, P.C.**

By_____
Norman W. Pressman  (ARN 4095 MBE 23900)
121 Hunter Avenue, Suite 101
St. Louis, MO 63124-2082
FAX: (314) 727-1447
(314) 727-1717
nwp@goldsteinpressman.com

Attorneys for Creditors

## CERTIFICATE OF SERVICE

     The undersigned certifies that a true and correct copy of the foregoing was served this 10th day of March, 2010, by first-class, postage prepaid, to the following parties, unless said parties received service by electronic means:

Office of U.S. Trustee
111 South Tenth Street
Suite 6353
St. Louis, MO 63102

Barry K. Rothman, Esq.
1901 Avenue of the Stars
Suite 370
Los Angeles, CA 90067
*Lead counsel for Creditors*

Dr. Van Steed
South Shores Pet Clinic of San Pedro
2318 S. Western Avenue
San Pedro, CA 90732
*Representative for Creditors*

Charles W. Riske
231 S. Bemiston, Suite 1220
Clayton, MO 63105

                                              /s/ Norman W. Pressman